State ex rel. Badger vs. Recorder of Mortgages et als.

## No. 10,373.

STATE OF LOUISIANA EX REL. A. S. BADGER VS. RECORDER OF MORT-
GAGES ET ALS.

An erroneous assessment does not make the tax illegal or unconstitutional. It may be legal
and constitutional although erroneously assessed in the name of one who is not the real
owner.

In such case the Supreme Court has jurisdiction only when the amount involved exceeds
$2000, the lower limit of its appellate jurisdiction.

APPEAL from the Civil District Court for the Parish of Orleans.
*King*, J.

*James C. Moïse* for the Relator and Appellee :

1. A suit for the purpose of securing the erasure and cancellation of tax assessments liens,
privileges and inscriptions, from the books of the Recorder of Mortgages and Comptroller
of the City of New Orleans, on the ground that the property was erroneously described
on the assessment rolls, and was listed in the name of one not the owner of the property,
is not a suit in which the legality or constitutionality of the tax is in contestation, and
hence the jurisdiction of the Supreme Court is to be tested by the amount involved.  39
Ann. 900; 37 Ann. 899, 507 ; 36 Ann. 286, 364, 801 ; 33 Ann. 286 ; 32 Ann. 817 ; 35 Ann. 965 ;
38 Ann. 231, 99 ; 33 Ann. 286 ; 32 Ann. 818.
2. The constitutionality of no law has been raised as an issue in this case, hence no such
question can be considered.  26 Ann. 753.
3. The amount involved being but $523 66, this court has no jurisdiction.  Article 81.
Constitution.

*W. B. Sommerville*, Assistant City Attorney, for the Respondents and
Appellants :

An allegation in a cause that certain assessments and the taxes based thereon are absolute
nullities, and a denial of such allegations, puts the legality of such taxes in contestation
and the Supreme Court has appellate jurisdiction thereof.  36 Ann. 812 ; 33 Ann. 286.

## ON MOTION TO DISMISS.

The opinion of the Court was delivered by

McENERY, J.   The relator in a mandamus proceeding prayed for the
cancellation of tax inscriptions which were made against property pur-
chased by him, for the years 1881, 1882.   The allegations in the peti-
tion are "that said taxes and tax inscriptions are clouds upon the title of
the property herein, and should be annulled, cancelled and erased as
being grossly erroneous as to description in the assessment rolls; as be-
ing absolute nullities as being assessed in the name of one not the
owner ; and as having been prescribed."

From an adverse judgment the City of New Orleans appeals.

The relator asks that the appeal be dismissed because there is no contestation as to the constitutionality or legality of the tax, and the amount involved is $533 66, below the lower limit of the jurisdiction of this court.

It is evident that the only issue between the parties to this litigation is as to the manner of the assessment. The assessment may be erroneous and the tax constitutional and valid. Bush & Levert vs. Police Jury, 39 Ann. p. 900 ; 37 Ann. p. 898.

The amount involved is $533 66. As the constitutionality and legality of the tax is not at issue and the amount is less than $2000, this court has no jurisdiction of the demand.

It is therefore ordered that this appeal be dismissed at appellants' costs.